IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASMINE BLACK,

Plaintiff,

v.                                                    Case No. 21-cv-1328 JPG

FINANCIAL BUSINESS AND
CONSUMER SOLUTIONS, INC.
*d/b/a* FBCS,

Defendant.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.

**Dated: 1/28/2022**                 **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**